UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
26-mj-135 DTS

| | | |
|---|---|---|
| STATE OF MINNESOTA | ) | |
| | ) ss. | AFFIDAVIT OF DANA DEUTMEYER |
| COUNTY OF HENNEPIN | ) | |

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Dana Deutmeyer, being duly sworn, declare and state as follows:

### I.   INTRODUCTION AND AGENT BACKGROUND

1. I am a U.S. Postal Inspector assigned to the Contraband Interdiction and Investigation Team, Twin Cities Field Office, U.S. Postal Inspection Service (USPIS). I became a U.S. Postal Inspector in January 2024. I have completed a sixteen-week basic training course in Potomac, Maryland, which included training in the investigation of narcotics trafficking and the trafficking of other contraband via the U.S. Mail. From August 2021 until I joined the USPIS, I was a licensed peace officer in the State of Minnesota.

2. My experience has provided me with valuable insight into how illegal contraband, to include firearms and/or firearms components, are shipped through the U.S. Postal Service (USPS), and how the USPS is used as a tool by individuals or groups to facilitate weapons trafficking.

3. This Affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint and arrest warrant for Daniel Thomas NELSON (YOB 2002) for conspiring to unlawfully possess a machinegun, in violation of Title 18, United States Code, Sections 371, 922(o), and 924(a)(2).

4. This Affidavit is based on my personal knowledge, information I have learned from other law enforcement officers, and my review of written material or other evidence obtained by the U.S. Postal Inspection Service, Homeland Security Investigations, and other law enforcement agencies during the ongoing investigation of this matter. Because this Affidavit only includes information believed to be sufficient to establish probable cause in support of a criminal complaint and arrest warrant, this Affidavit does not contain all the details and information known to me and the government regarding this investigation.

## II. FACTS SUPPORTING PROBABLE CAUSE

### *Seizure of Subject Parcel*

5. On or about January 20, 2026, HSI Minneapolis received information regarding a package ordered from a vendor on Alibaba.com bound for an address in Minneapolis, Minnesota. Alibaba.com is an online wholesale marketplace for goods. HSI identified the vendor as a seller of machine gun conversion devices (hereinafter "MCDs") and firearm silencers and suppressors. HSI investigators reviewed the vendor's website and saw photographs of MCDs for sale with misleading descriptions associated with the photographs.

6. Specifically, HSI learned that the order was placed by "Junior Mpls" on January 15, 2026. The order stated that the package was bound for 4XXX 16th Ave S, Minneapolis, Minnesota 55407. The order was for a "Multifunctional Titanium Alloy EDC Tool CNC Machined Bottle Opener with Drilling Broaching Capabilities

Stainless Steel Material." The phone number associated with the order was (612) 542-7862.

7.     When HSI attempted to coordinate a parcel intercept with FedEx for the order, FedEx was unable to identify any parcels destined for 4XXX 16th Ave S, Minneapolis, Minnesota 55407. HSI contacted Alibaba.com to confirm the destination addresses for the order. Alibaba.com subsequently provided investigators with a FedEx label that corresponded with the order.

8.     Specifically, the FedEx label bore two tracking numbers: (1) FedEx Tracking ID # 3978 1881 8800 and (2) USPS Parcel Select tracking number 9261 2903 7482 3527 9644 45. The FedEx label stated that the package was shipped from "shipping department, 147-04 176th Street APT 2W, Jamaica, NY 11434". The FedEx label also stated that the package was bound for "Anthony Jacobsen, 3XXX alden pond ln, SAINT PAUL, MN 55121".



9.   HSI and the U.S. Postal Inspection Service located and detained the SUBJECT PARCEL that corresponded with the order.



10. On January 26, 2026, Your Affiant searched the SUBJECT PARCEL pursuant to a warrant issued by the Honorable Dulce J. Foster, U.S. Magistrate Judge (26-mj-72 (DJF)). The SUBJECT PARCEL contained five complete MCDs.

### *Identification of Nelson*

11. Your Affiant obtained the subscriber information for the phone number associated with the order for the SUBJECT PARCEL ("TARGET PHONE NUMBER"). Law enforcement records revealed that the subscriber of the listed phone number was Daniel NELSON with a registered address at 7XXX 4th Avenue South, Minneapolis, Minnesota 554423.

12. A review of CLEAR, USPS business record and law enforcement databases revealed several individuals associated with 7XXX 4th Avenue South address with the last name "BEHL." One such individual was identified as Tara BEHL, NELSON'S mother, according to public social media records. A review of CLEAR, USPS business records, and law enforcement databases also identified Aiden LEY as a resident of 3XXX Alden Pond Lane. LEY has social media connections with Tara BEHL, in addition to several other individuals with the last name "BEHL."

13. Your Affiant is aware that Daniel NELSON has previously been convicted of felonies and is prohibited from possessing a firearm. On November 30, 2021, NELSON was convicted of Receiving Stolen Property and Fleeing a Peace Officer in a Motor Vehicle by the Hennepin County District Court in Hennepin County, Minnesota.

14. On January 29, 2026, a recorded phone call from USPS was made to the TARGET PHONE NUMBER to communicate regarding the tracking status of the SUBJECT PARCEL. A male answered the phone and provided the FedEx tracking number associated with the SUBJECT PARCEL, as well as the recipient name and address listed on the FedEx label. This verified the connection between the TARGET PHONE NUMBER and the SUBJECT PARCEL.

15. On January 30, 2026, a recorded phone call from USPS was made to the TARGET PHONE NUMBER to communicate regarding the tracking status of the SUBJECT PARCEL. A male answered the phone and confirmed that he was the same individual that spoke with the USPS representative on January 29, 2026. When discussing the delivery of the SUBJECT PARCEL, the individual requested that it be delivered to 3XXX Alden Pond Lane, Eagan, Minnesota 55121. The individual also confirmed that the name on the label was not the name listed on the residence mailbox at the Alden Pond Lane address, but that the Alden Pond Lane address was the correct address for delivery.

16. On January 31, 2026, the Honorable Dulce J. Foster, U.S. Magistrate Judge issued federal search warrant 26-mj-120 (DJF) for prospective precision location data (GPS location data) for the TARGET PHONE NUMBER. Analysis of the GPS location data showed that the TARGET PHONE NUMBER frequently pinged near the 7XXX 4th Avenue South, Minneapolis, Minnesota 55423, which is the listed billing address for the TARGET PHONE NUMBER.

17. On January 31, 2026, the Honorable Dulce J. Foster, U.S. Magistrate Judge also issued an anticipatory search warrant for 3XXX Alden Pond Lane, Eagan, MN 55121 (26-mj-XXX (DJF)) and a residential search warrant for 7XXX 4th Avenue South, Minneapolis, Minnesota 55423 (26-mj-XXX (DJF).

### *Controlled Delivery to 3XXX Alden Pond Lane, Eagan, MN*

18. On February 2, 2026, investigators conducted a controlled delivery of the SUBJECT PARCEL to 3XXX Alden Pond Lane. At approximately 10:53 AM, a postal inspector acting in an undercover capacity delivered the SUBJECT PARCEL to the mailbox corresponding with the 3XXX Alden Pond Lane address. The mailbox for this residence is part of a set of mailboxes corresponding with other residences in the same neighborhood and is located north of the 3XXX Alden Pond Lane address on Alden Pond Lane. It is not attached to the 3XXX Alden Pond Lane residence. The SUBJECT PARCEL was scanned as "Delivered."

19. Your Affiant is aware that once a package is scanned as "delivered", the U.S. Postal Service online database is updated so a customer can query the tracking number online to see the status of the package. According to USPS business records, the SUBJECT PARCEL was tracked approximately two times within thirty minutes after the SUBJECT PARCEL was scanned as "Delivered."

20. At approximately 11:25 AM, an individual matching NELSON's description was observed exiting the passenger side of a black Pontiac sedan at the 3XXX Alden Pond Lane address. The individual matching NELSON's description was observed walking up to the front door. The individual then returned to his car. Shortly

thereafter the individual exited the vehicle and walked back up to the front door. He then returned back to the vehicle and the vehicle departed. Law enforcement officers at the scene observing this behavior believed that he appeared to be looking for something. During this time, the GPS location data of NELSON's phone pings placed him within close proximity to the 3XXX Alden Pond Lane address. The individual matching NELSON's description left the area without retrieving the SUBJECT PARCEL. Law enforcement officers later observed a male matching NELSON's description exit the same black Pontiac sedan at the 7XXX 4th Avenue South address. The GPS location data of NELSON's phone pings placed the phone within close proximity to the 7XXX 4th Avenue South address.

21. At approximately 12:02 PM, a recorded phone call from USPS was made to the TARGET PHONE NUMBER. During this conversation, the USPS representative advised the male who answered the phone that the SUBJECT PARCEL had been delivered to the address. The individual stated that he would have to get a key to open the mailbox in which the SUBJECT PARCEL was placed.

22. At approximately 3:10 PM, an individual exited the 3XXX Alden Pond Lane residence, went to the mailbox, and retrieved the SUBJECT PARCEL. The individual was later identified as Sean JAYASURIYA. JAYASURIYA brought the SUBJECT PARCEL back into the residence. Law enforcement officers subsequently executed the anticipatory search warrant at 3XXX Alden Pond Lane. During the search of this residence, investigators spoke to Mary AITKIN, identified as JAYASURIYA's grandmother.

23. AITKIN told investigators that if someone were to be involved with illegal firearms, it would most likely be NELSON because JAYASURIYA did not get in trouble with law enforcement and because she was told by Aiden LEY that NELSON would be coming to the 3XXX Alden Pond Lane residence to pick up a package. LEY is JAYASURIYA's older brother and AITKIN's grandson.

24. During the search of the residence, investigators spoke with JAYASURIYA. JAYASURIYA stated that AITKIN told him to go get the mail, which is why he retrieved the SUBJECT PARCEL. JAYASURIYA stated that he did not know the contents of the SUBJECT PARCEL and that he was not expecting any packages. Investigators asked JAYASURIYA if they could review the content on his phone and he consented. In JAYASURIYA's presence, investigators opened the Messages app and clicked on the text message thread with a contact named "Aiden." Investigators observed a text message from "Aiden" to JAYASURIYA saying, "Grab that package for me," which was sent at approximately 3:34 PM. JAYASURIYA's phone was seized pursuant to the residential search warrant and he signed a consent to search form for his phone.

### *Traffic Stop of Nelson*

25. At approximately the same time investigators were searching 3XXX Alden Pond Lane, law enforcement officers reported that they observed NELSON exit the 7XXX 4th Avenue South residence and enter the front passenger door of a Chevrolet sedan bearing Minnesota license plate JUC954. Law enforcement officers conducted moving surveillance on the vehicle transporting NELSON and reported

that it was travelling in the direction of Eagan. The GPS location data on NELSON's phone pinged in locations that were consistent with his direction of travel.

26. At approximately 3:30 PM, Eagan Police Department police officers conducted a traffic stop of the Chevrolet sedan on Yankee Doodle Road and Highway 13 Northbound. That location is along the route of travel that one would take if they were driving from 7XXX 4th Avenue South to 3129 Alden Pond Lane. During the traffic stop, Chase FAIRHURST was identified as the driver of the vehicle. NELSON was identified as the passenger of the vehicle, occupying the front passenger's seat. At approximately 3:33 PM, both NELSON and FAIRHURST were arrested and transported to the Eagan Police Department. The vehicle was also transported to the Eagan Police Department. Inside of the vehicle was a phone plugged into a charging cable that was resting on the driver's seat and another phone that was resting on the front passenger's seat.

27. At approximately 4:51 PM, investigators conducted a custodial interview of FAIRHURST at the Eagan Police Department. Investigators read FAIRHURST the Miranda Warning and he agreed to talk with them. FAIRHURST stated that he was a loose associate of NELSON's but was not a close friend to him. FAIRHURST stated he and NELSON typically saw each other when FAIRHURST was driving NELSON somewhere. FAIRHURST stated that today he picked NELSON up at NELSON's residence and was driving him to Eagan to meet one of NELSON's friends.

28. At approximately 6:14 PM, investigators called the TARGET PHONE NUMBER from a phone at a USPS location. Eagan Police Department police officers observed the phone on the front passenger's seat ringing with the description of the caller reading "US POSTAL SVC."

### Search of 7XXX 4th Avenue South

29. Law enforcement officers also executed the residential search warrant at 7XXX 4th Avenue South, Minneapolis, Minnesota (26-mj-XXX (DJF)).

30. Investigators searched what appeared to be NELSON's bedroom. Investigators conducting the search warrant found documents in this bedroom indicating that it was NELSON's. Furthermore, Tara BEHL, a resident of the 7XXX 4th Avenue South address who was present during the search warrant, and who was also identified as NELSON's mother, confirmed that the room was NELSON's. Among those documents was an official notice from the U.S. Customs and Border Protection (CBP) addressed to: "Daniel NELSON 7XXX 4th Avenue Minneapolis, MN 55423." The notice advised NELSON that CBP had seized a "GLOCK SWITCH," otherwise known as an MCD, that was intended for NELSON.

31. Investigators also located firearms parts in the bedroom. An investigator with firearms training and experience stated that the firearms parts located in the bedroom were consistent with the disassembly of a Glock handgun slide to prepare for an MCD installation.

### *Custodial Interview of Nelson*

32. NELSON was later transported from the Eagan Police Department to the USPIS Twin Cities Domicile for interviewing and processing. At approximately 6:27 PM, investigators read NELSON the Miranda Warning. During the interview, NELSON made statements to the effect of the description of the items advertised online were not consistent with the items that were actually shipped or received. Your Affiant reviewed listings advertising MCDs on Shenzhen Co.'s website and observed that listings for MCDs showed photos of MCDs but described the products with listing descriptions such as "Dropshipping Aluminum Alloy CNC Machining 3D Prototype Polished Milling Broaching Industrial Equipment Stainless for Machining." Your Affiant reviewed a press release published on the Bureau of Alcohol, Firearms, Tobacco, and Explosives (ATF) stating that "Conversion devices are advertised using misleading names and deceptive descriptions intended to avoid detection by law enforcement and defeat protocols used by internet vendors.

### *Investigation in Nelson's Social Media Profiles*

33. A review of CashApp revealed that the TARGET PHONE NUMBER was associated with the name "Junior" and CashTag "$jvnler1." A review of X.com revealed that a profile with the name "Daniel Nelson" was associated with the username "@JvniorMPLS". A review of a TikTok profile listed under the username "@JvniorMPLS" displayed a profile picture of an individual matching NELSON's description with a handgun with an extended magazine sticking out of his pocket.



Lastly, a review of BandLab.com revealed that a profile with the name "Junior" and username "@jvniormpls" displayed a profile picture of a handgun with an equipped MCD. The order which is associated with the SUBJECT PARCEL was placed by "Junior Mpls."



## CONCLUSION

Based on the totality of facts and circumstances within this Affidavit, the reasonable inferences therefrom, Your Affiant's training and experience, and knowledge of the investigation, Your Affiant has probable cause to believe that between January 15, 2026 and February 2, 2026, in the State and District of Minnesota, Daniel Thomas NELSON violated Title 18, United States Code, Sections 371, 922(o), and 924(a)(2) (conspiracy to unlawfully possess a machinegun).

*Dana Deutmeyer*
Dana Deutmeyer
Postal Inspector
U.S. Postal Inspection Service

SUBSCRIBED and SWORN before me
by reliable electronic means via FaceTime
and email pursuant to Fed. R. Crim. P.
41(d)(3) on February 4, 2026.

*Daniel T. Schultz*
The Honorable David T. Schultz
United States Magistrate Judge